

_____
WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No.: 15-23947** |
| LINCOLN GILL ) | **(Chapter 13 Case)** |
| ANDREA UNDERWOOD GILL ) | |
|     Debtors ) | |
| _____ ) | |
| ) | |
| CASSANDRA GILL ) | **Adversary No.: 16-00510** |
| 8510 Caswell Place ) | |
| New Carrollton, MD 20784 ) | |
|     Plaintiff ) | |
| v. ) | |
| ) | |
| LINCOLN GILL ) | |
| ANDREA UNDERWOOD GILL ) | |
| 13600 Old Marlboro Pike ) | |
| Upper Marlboro, MD 20772 ) | |
| ) | |
| -AND- ) | |
| ) | |
| SETERUS, INC. as authorized ) | |
| Subservicer for Federal National ) | |
| Mortgage Association ) | |
| ) | |
| -AND- ) | |
| ) | |
| CITIMORTGAGE, INC. ) | |
| ) | |
|     Defendants ) | |

### ORDER GRANTING UNOPPOSED AMENDED MOTION TO EXTEND RESPONSE TIME ON MOTION FOR SUMMARY JUDGMENT TO JULY 10, 2018

UPON CONSIDERATION OF THE Unopposed AMENDED Motion to Extend

Response Time on Motion for Summary Judgment to July 10, 2018 (the "Motion") filed by

CASSANDRA GILL (the "Creditor" or "Plaintiff"), by and through undersigned counsel, John D.

Burns, Esq. and The Burns Law Firm, LLC, it is HEREBY

        ORDERED, that the Motion is GRANTED; and it is further

        ORDERED, that the Plaintiff's Response to the Motion for Summary Judgment by

Defendant Seterus is due on July 10, 2018.

cc:    John D. Burns, Esquire (#22777)
        The Burns Law Firm, LLC
        6303 Ivy Lane; Suite 102
        Greenbelt, Maryland  20770

Office of the United States Trustee
6305 Ivy Lane; Suite 600
Greenbelt, MD 20770

Nancy Spencer Grigsby, Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD  21401

Michael W. Tompkins
8100 Boone Blvd., Suite 600
Vienna, VA  22182

Christina Williamson
6003 Executive Blvd, Suite 101
Rockville, MD  20852

Chris Wampler, Esquire
Wampler & Souder, LLC
14452 Old Mill Road; STE 301
Upper Marlboro, MD  20772

Lincoln Gill and Andrea Underwood Gill
13600 Old Marlboro Pike
Upper Marlboro, MD  20772

Paul Ince, CFO/Daniel P. Hoffman, Sr. VP
CitiMortgage, Inc.

4740 121st St.
Urbandale, IA 50323

**<u>(END OF ORDER)</u>**