

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: | Case No.: 15–23947 – LSS<br>Chapter: 13 |
| **Andrea Underwood Gill**<br>Debtor | Adversary No.: 16–00510 |
| **Cassandra Gill**<br>Plaintiff/Movant | |
| vs. | |
| **Lincoln Gill, et al.**<br>Defendants | |

## ORDER DENYING
## MOTION FOR RECONSIDERATION OF FINAL ORDER UNDER RULE 59(e)

Upon consideration of the Motion For Reconsideration of Final Order Under Rule 59(e) and Request For Hearing filed by Cassandra Gill (the "Motion to Reconsider"), and the Opposition thereto filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association, and for the reasons set forth on the record at the hearing held on January 22, 2020, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Reconsider is hereby denied.

cc:   All Parties
      All Counsel

### End of Order